UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL JAMES TYREE,<br><br>        Petitioner,<br><br>   v.<br><br>BRIAN DUFFY, Warden,<br><br>        Respondent. | Case No. 15-cv-03553-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order Granting Motion to Dismiss and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/1/2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge